UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD INACTIVE, ET AL, | NO.   CV-03-9001-WFN<br><br>ORDER DISMISSING PLAINTIFF ROBERT W. HERRON, JR.'S CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that the parties' Agreed Motion to Dismiss, filed June 7, 2013, **ECF No. 23**, is **GRANTED**.  The claims of Plaintiff Robert W. Herron, Jr. are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Elaine Aldis, Richelle A. Hendrix, Martha J. McNeely, Marylin F. Mlnarik, Frederick W. Nelson, Zella B. Novotney, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and Noreen L. Wynne.

**DATED** this 18th day of June, 2013.

06-17-13-3

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF ROBERT W. HERRON, JR.'S CLAIMS WITH PREJUDICE