UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: HANFORD NUCLEAR RESERVATION LITIGATION, | NO.   CV-03-9001-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the Plaintiffs' Motion, and after due consideration,

**IT IS ORDERED** that Plaintiffs' Motion for Dismissal with Prejudice, filed July 10, 2013, **ECF No. 28**, is **GRANTED**. The claims of the following Plaintiffs are **DISMISSED WITH PREJUDICE:**

| | |
|---|---|
| Bryce D. Abraham, Jr. | Robert Earl Johanson |
| Martha Abraham | Jesse D. Johnson |
| Sue A. Alkezweeny | Mark Charles Johnson |
| Walter M. Anderson | Jack H. Julson |
| Debra Kay Atwood | Kevin Scott Kirksey |
| Carolyn Joy Keen Basse | Bernard Klemmer |
| Larry Dean Bateman | Patty Jean Kirby |
| Dena M. Bullock | Laverne Kautz |
| Chandra L. Conrath | Margie Lenhart |
| Michael Derrick | Richard D. Lindburg |
| Dolores M. Ellwart | Nancy Storms-Lowe |
| Faye Elizabeth Hodgen | Patti J. Newson |

| | |
|---|---|
| Lucinda A. Osman | Linda Storms-Crandall |
| Gordon E. Pederson | Molly J. Storch |
| Frederick J. Palumbo | Carla G. Viken |
| Ronald Carl Queen | Anthony E. Vostral |
| Gerald W. Ray | LaRae D. Way |
| Gary L. Rehman | William J. Wheat |
| Franklin Albert Sannar, Sr. | Wendy M. Wheat-McCoy |
| John S. Schwinof | Farrell Williams |
| Ruth L. Schwinof | Erma J. Winz |

The District Court Executive is directed to file this Order and provide copies to counsel; Mediator Gary Bloom; **AND TO** pro se Plaintiffs Richelle A. Hendrix, Martha J. McNeely, Frederick W. Nelson, Katherine N. Plager, Elaine Maria Rey, Paul R. Troeh and Noreen L. Wynne.

**DATED** this 11th day of September, 2013.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

09-09-13