UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2: 03-CV-9001-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITHOUT PREJUDICE |

Before the Court is the Plaintiffs' Stipulation for Voluntary Dismissal by Plaintiffs. Plaintiffs ask that their claims be dismissed without prejudice.

IT IS ORDERED that the Stipulation for Voluntary Dismissal by Plaintiffs listed on Exhibit A and B, filed May 28, 2014, **ECF No. 46**, is **GRANTED**. The claims of Plaintiffs listed in Exhibit A and B to the Stipulation for Voluntary Dismissal are **DISMISSED WITHOUT PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** Mediator Gary Bloom.

**DATED** this 29th day of May, 2014.

05-28-14

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITHOUT PREJUDICE