1
2
3
4
5    UNITED STATES DISTRICT COURT
6    EASTERN DISTRICT OF WASHINGTON

7
8   IN RE HANFORD NUCLEAR            No.   2:03-CV-9001-WFN
    RESERVATION LITIGATION,
9                                    ORDER DISMISSING CERTAIN
                                     PLAINTIFFS' CLAIMS WITH
10                                   PREJUDICE

11

12   This matter having come before the Court on the Plaintiffs' Stipulation, and after
13 due consideration,

14   **IT IS ORDERED** that the Plaintiffs' Notice of Stipulation for Voluntary Dismissal
15 by Plaintiffs Enumerated Herein, filed June 6, 2014, **ECF No. 48**, is **GRANTED**. The
16 claims of Plaintiffs listed in Exhibit A of the Stipulation are **DISMISSED WITHOUT**
17 **PREJUDICE**.

18   The District Court Executive is directed to file this Order and provide copies to
19 counsel; Mediator Gary Bloom.

20   **DATED** this 19th day of June, 2014.

21
22
23                                    s/ Wm. Fremming Nielsen
                                      WM. FREMMING NIELSEN
24 06-19-14                    SENIOR UNITED STATES DISTRICT JUDGE
25
26
27
28