UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2: 03-CV-9001-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITHOUT PREJUDICE |

This matter having come before the Court on the Plaintiffs' Motion, and after due consideration,

**IT IS ORDERED** that the Notice of Stipulation For Voluntary Dismissal By Plaintiffs Enumerated Herein, filed January 6, 2015, **ECF No. 51**, is **GRANTED**.  The claims of the following Plaintiffs are **DISMISSED WITHOUT PREJUDICE**:

| | | |
|---|---|---|
| Linda Hill | Francis Suzanne McDonald Karsten | Marion Logan |
| Milo Jacob Hinkley | Jacqueline Kingsley | Robert E Long |
| Toby Hinkley | Robert Klavano | Nemecio Lopez, Jr. |
| Mary Holmes | Dorotha Knapp a/k/a Dorotha Kanpp | Evelyn MacNab |
| Richard Dale Hooker | Joshua Kortge | Audrey Martin |
| William Munsey Hooker | Joy Krein | Gerald Martin |
| William Houger | Linda L Kula | Joe McGinnis |
| John Yim Hoy | Ahlert Larson | Carol F McGuire |
| Laurie Huston | Hilda Lee | Mazie Meade |
| Philip Manuel Hurley | Gene LePage | Donna Miner |
| Albert Johns | Theodore Lisberger | Craig Minor |
| George Johnson | Eleanor E Liss | Julie A Moramarco |
| Neuta Johnson | Opal York Littlejohn | Jeanette J Moran |

ORDER DISMISSING CERTAIN PLAINTIFFS
WITHOUT PREJUDICE - 1

| | | |
|---|---|---|
| William L Morris | Mary Trafton Moulton | Glen L Nordquist |
| Lawrence Morse | Phyllis Nansen | Tamara Norton |
| Patricia Moss | Lea Nash | Marcia J Pea |
| Judy Mossberger | Theodore Niquette | |

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** Mediator Gary Bloom.

**DATED** this 13th day of January, 2015.

01-12-15

                     s/ Wm. Fremming Nielsen
                        WM. FREMMING NIELSEN
        SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CERTAIN PLAINTIFFS
WITHOUT PREJUDICE - 2