UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2: 03-CV-9001-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITHOUT PREJUDICE |

This matter having come before the Court on the Plaintiffs' Motion, and after due consideration,

**IT IS ORDERED** that:

1. Plaintiffs' Motion to Dismiss, filed March 20, 2015, **ECF No. 57**, is **GRANTED**.

2. The claims of Plaintiffs **Olive Clark, Edna Cutsforth, Marilyn M Holt, Philip Michael Hurley, Jerralee Lyman, Mary E Nolting** and **Iris Doherty Partney** are **DISMISSED WITHOUT PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 31st day of March, 2015.

03-31-15-4

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITHOUT PREJUDICE