UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2:03-CV-9001-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITHOUT PREJUDICE |

This matter having come before the Court on the Plaintiffs' Motion, and after due consideration,

**IT IS ORDERED** that the Plaintiffs' Motion to Dismiss, filed April 28, 2015, **ECF No. 63**, is **GRANTED**. The claims of Plaintiffs Patricia Rosa a/k/a Patricia Beamon, Ulrike Close, Katherine Hunt, and Luther Stacy are **DISMISSED WITHOUT PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 7th day of May, 2015.

05-06-15-1

                     s/ Wm. Fremming Nielsen
                    WM. FREMMING NIELSEN
               SENIOR UNITED STATES DISTRICT JUDGE

ORDER