1
2
3
4   UNITED STATES DISTRICT COURT
5   EASTERN DISTRICT OF WASHINGTON

6  | | |
7  | IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.    2: 03-CV-9001-WFN |
8  | | ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |
9

10

11    This matter having come before the Court on the Plaintiffs' Motion, and after due
12 consideration,

13    **IT IS ORDERED** that Plaintiffs' Motion to Dismiss, filed June 22, 2015, **ECF**
14 **No. 72**, is **GRANTED**.  The claims of the following Plaintiffs are **DISMISSED WITH**
15 **PREJUDICE**:

16        Adams, Carl Lyle
17        Barnes, Anthony N.
18        Butherus, Jill M.
19        Costanzo, Joseph S.           [Remove duplicate listing]
20        Costanzo, Patricia A.         [Remove duplicate listing]
21        Dupree, John R.               [Remove duplicate listing]
22        Flackus, Jr., Joseph V.
23        Gallinger, Leslie B.
24        Gearhart, Janet
25        Giard, Patrick Kim
26        Goodrich, James F.
27        Kallenbach, Tamara K.         PR:  Kay Kallenbach
28        Karpinski, Marge Ann

ORDER GRANTING MOTION TO DISMISS
CERTAIN PLAINTIFFS' CLAIMS - 1

| # | Name | |
|---|------|---|
| 1 | Long, Melissa | |
| 2 | Maple, Joseph U. | |
| 3 | McAdams, Carol H. | |
| 4 | McElrath, Patricia | |
| 5 | McLean, Melissa | |
| 6 | Mercer, Mary | |
| 7 | Porter, Darrell | PR: Marie Ann Maberry |
| 8 | Scott, Stephanie | |
| 9 | Sheldon, Valerie | |
| 10 | Smith, Jamie | |
| 11 | Studdard, Geraldine | |
| 12 | Sullivan, Kathleen L. | |
| 13 | Teel, Lateena | |
| 14 | Thrasher, Clarence A. | |
| 15 | Torres, Veronica L. | |
| 16 | Turner, Leta Bett | PR: Dean Christensen |
| 17 | Waldher, Herman | PR: Harold Waldher |
| 18 | Welch, Betty L. | |

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 2nd day of July, 2015.

s/ Wm. Fremming Nielsen<br>
WM. FREMMING NIELSEN<br>
SENIOR UNITED STATES DISTRICT JUDGE

07-01-15-1

ORDER GRANTING MOTION TO DISMISS
CERTAIN PLAINTIFFS' CLAIMS - 2