UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2: 03-CV-9001-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the Plaintiffs' Motion, and after due consideration,

**IT IS ORDERED** that Plaintiffs' Motion to Dismiss, filed June 30, 2015, **ECF No. 74**, is **GRANTED**. The claims of the following Plaintiffs are **DISMISSED WITH PREJUDICE**:

| | |
|---|---|
| Bennett, Isabelle M. | PR:  Patty Smith |
| Douglas, Geraldine M. | [Remove duplicate listing] |
| Fields, Della R. Simpson | |
| Kidd, Alice M. | |
| Lapiers, Debra S. | |
| Nettles, Mildred L. | |
| Peasley, Jay A. | PR:  Fred J. Peasley, Sr. |
| Reavis, Vona Lee | |
| Ritter, Gladys Elaine | |
| Rydell, Lianne | |
| Sheridan, Brian A. | |
| Sheridan, Cassandra | |
| Sheridan, Sandra L. | |

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE  - 1

1       Wasmer, Julie M.

2       Wojahn, Rose Marie

3   The District Court Executive is directed to file this Order and provide copies to

4 counsel.

5   **DATED** this 2nd day of July, 2015.

6

7                            s/ Wm. Fremming Nielsen

8                            WM. FREMMING NIELSEN

07-01-15-2       SENIOR UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING CERTAIN PLAINTIFFS'
CLAIMS WITH PREJUDICE - 2