UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2: 03-CV-9001-WFN<br><br>ORDER GRANTING<br>MOTION TO CONFIRM |

Pending before the Court is Defendant's Motion to Confirm Dismissal of Certain Plaintiffs' Claims With Prejudice and Clarify Representation on Court's Docket. ECF No. 71. Plaintiffs' counsel points out several errors on the docket that require correction. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Plaintiffs' Motion to Confirm Dismissal of Certain Plaintiffs' Claims With Prejudice and Clarify Representation on Court's Docket, filed June 15, 2015, **ECF No. 71**, is **GRANTED.**

2. The District Court Executive shall **CORRECT THE DOCKET** consistent with Plaintiffs' Motion.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 2nd day of July, 2015.

07-01-15-3

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING
MOTION TO CONFIRM