UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2: 03-CV-9001-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the Plaintiffs' Motion, and after due consideration,

**IT IS ORDERED** that the Plaintiffs' Motion to Dismiss Certain Plaintiffs' Claims, filed July 21, 2015, **ECF No. 78**, is **GRANTED**.  The claims of the following Plaintiffs are **DISMISSED WITH PREJUDICE**:

Anderson, Lonna Zo

Bleily, Amber Dawn          GAL:  Cynthia J. Bleily

Bleily, Brandy Grace          GAL:  Cynthia J. Bleily

Bleily, Thomas M.          PR:  Cynthia J. Bleily

Bryant, Ajonna Darlyn

Clay, Norma Jean  [and remove duplicate listing]

Evans, Gloria [and remove duplicate listing]

Jenkins, Richard Rees

Jenkins, Wade Ricardo

Kenny, Gene Butch

Maple, Corin

McKay, Gene T.

Michael, Janet

1   Milne, Leonard M.

2   Nettleton, Delores

3   Nettleton, Nancy

4   Peterson, Kathy A.

5   Riley, Nicholas Patrick

6   Traeger, Chelsi A.G.

7   Watson, Trudy Joan

8   The District Court Executive is directed to file this Order and provide copies to

9   counsel.

10   **DATED** this 23rd day of July, 2015.

11

12

13                                       s/ Wm. Fremming Nielsen

14                                       WM. FREMMING NIELSEN
         07-21-15                        SENIOR UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING CERTAIN PLAINTIFFS - 2