UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2: 03-CV-9001-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFF JEANNE SMITH'S CLAIMS WITHOUT PREJUDICE |

This matter having come before the Court on the Plaintiff's Motion, and after due consideration,

**IT IS ORDERED** that the Plaintiff's Notice of Stipulation for Voluntary Dismissal, filed August 18, 2015, **ECF No. 80**, is **GRANTED**.  The claims of Plaintiff Jeanne Smith are **DISMISSED WITHOUT PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 10th day of September, 2015.

09-09-15

s/ Wm. Fremming Nielsen<br>
WM. FREMMING NIELSEN<br>
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CLAIMS