UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2: 03-CV-9001-WFN<br><br>ORDER DISMISSING CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE |

This matter having come before the Court on the Plaintiff's unopposed Motion, and after due consideration,

**IT IS ORDERED** that the Plaintiff's unopposed Motion to Dismiss, filed October 1, 2015, **ECF No. 82**, is **GRANTED**.  The claims of Plaintiffs **Tammy Eaglestone (both entries), David L. Preslar, and Edwin R. Skaug** are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 1st day of October, 2015.

10-01-15

                s/ Wm. Fremming Nielsen
                WM. FREMMING NIELSEN
            SENIOR UNITED STATES DISTRICT JUDGE