FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE HANFORD NUCLEAR RESERVATION LITIGATION, | No.   2: 03-CV-9001-WFN<br><br>ORDER DISMISSING PLAINTIFF HOPPER'S CLAIMS WITH PREJUDICE |

This matter having come before the Court on the parties' agreed Motion, and after due consideration,

**IT IS ORDERED** that:

1. The parties' Agreed Motion to Dismiss, filed October 8, 2015, **ECF No. 84**, is **GRANTED**.

2. The claims of Plaintiff **Karen Hopper** [both entries] are **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel and to Jay Mullan.

**DATED** this 13th day of October, 2015.

10-08-15

s/ Wm. Fremming Nielsen<br>
WM. FREMMING NIELSEN<br>
SENIOR UNITED STATES DISTRICT JUDGE